IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ADAM LEYBA,**

    Plaintiff,

vs.                                                                       Case No. 13-CV-00491 MV/SMV

**THE CITY OF ALBUQUERQUE,**
**RAY SCHULTZ, in his official capacity,**
**BRUCE WERLEY, JOSHUA RICHARDS,**
**And ROBERT METZGAR,**
In their Individual Capacities,

    Defendants.

**ORDER GRANTING STIPULATED MOTION TO EXTEND**
**DISCOVERY DEADLINE AND RELATED MOTIONS DEADLINES**

**THIS MATTER** comes before this Court on the parties' Stipulated Motion to Extend Discovery Deadline and Related Motions Deadlines for the purpose of taking the depositions of three specific witnesses identified in their motion (*see* Doc. 54). This Court, having reviewed the motion, and having considered that all parties have stipulate to the requested relief, finds that the parties' Stipulated Motion to Extend the Discovery Deadline and Related Motions Deadlines is well-taken and should be granted.

**IT IS THEREFORE ORDERED:**

A.    The Discovery Deadline is extended from December 30, 2013 until January 31, 2014.

B.    The Discovery Motions deadline is extended from January 21, 2014 to February 21, 2014.

    C.  The Pretrial Motions deadline is extended from January 31, 2013 until February 28, 2014.

_____
THE HONORABLE STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

APPROVED:

/s/ Brendan K. Egan
CAROLYN M. "CAMMIE" NICHOLS
BRENDAN K. EGAN
MAGGIE H. LANE
500 Fourth Street NW, Suite 400
Albuquerque, NM 87102
*Counsel for Plaintiff*

/s/ Approved Via Email 12/17/13
JERRY A. WALZ
Walz & Associates
133 Eubank Blvd. NE
Albuquerque, New Mexico 87123
*Counsel for Robert Metzgar*

/s/ Approved Via Email 12/17/13
TRISHA A. WALKER
City of Albuquerque Legal Department
P.O. Box 2248
Albuquerque, NM 87102-2111
*Counsel for City of Albuquerque, Ray Schultz, Bruce Werley, and Joshua Richards*